THE STATE EX REL. BRANTLEY, APPELLANT, *v.* ANDERSON, WARDEN, APPELLEE.

[Cite as *State ex rel. Brantley v. Anderson* (1997), 77 Ohio St.3d 446.]

(No. 96–1725—Submitted January 7, 1997—Decided February 19, 1997.)

*Rev. Gregory Brantley, pro se.*

*Betty D. Montgomery,* Attorney General, and *Donald Gary Keyser,* Assistant Attorney General, for appellee.

*Per Curiam.* The court of appeals correctly determined that an appeal rather than the extraordinary writ of habeas corpus is the appropriate remedy when challenging claimed violations of an accused's right to a speedy trial. *State ex rel. Dotson v. Rogers* (1993), 66 Ohio St.3d 25, 607 N.E.2d 453; *Russell v. Tate* (1992), 64 Ohio St.3d 444, 444–445, 596 N.E.2d 1039, 1040.

In addition, Brantley's petition was subject to dismissal because he failed to attach a copy of his alleged commitment. R.C. 2725.04(D); *Adkins v. McFaul* (1996), 76 Ohio St.3d 350, 353, 667 N.E.2d 1171, 1174.

Based on the foregoing, we affirm the judgment of the court of appeals.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.